FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 SEP 15 PM 4:19

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| NORRIS R. MCCOY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 315-047 |
| | ) | |
| TIFFANY WOOTEN, Nurse; WILLIAM SIKES, Lieutenant; KEVIN ASHLEY, Sergeant; WILLIAM DANFORTH, Warden, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 11.) Petitioner alleges that he has stated a claim because the prison is required to obtain a court order before vaccinating him against tuberculosis under Washington v. Harper, 494 U.S. 210 (1990). Washington does not require a court order, see 494 U.S. at 229, and other courts have dismissed similar claims at the § 1915A screening stage. See Dunn v. Zenk, CV 07-2007, 2007 WL 2904170, at *3 (N.D. Ga. Oct. 1, 2007) (dismissing prisoner's § 1983 claim for forced administration of a tuberculosis screening test). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint

for failure to state a claim upon which relief can be granted, and **CLOSES** this civil action.

SO ORDERED this 15th day of September, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE